# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 3:24-CR-158 |
| | : | |
| **JAMES MAHON IV,** | : | |
| | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER

Upon consideration of Defendant James Mahon IV's Motion to Continue, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____                         _____
                                              Julia K. Munley
                                              United States District Judge
                                              Middle District of Pennsylvania