# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **No. 3:24cr158-1** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **JAMES MAHON, IV,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this ⟨10⟩ day of March 2025, it is hereby ordered that

Defendant James Mahon, IV's motion to dismiss the indictment, (Doc. 43), is

**DENIED**.  By separate order, this matter will be listed for trial.

Date: 3/10/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court