IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Case No. 3:24-CR-158 |
| **JAMES MAHON IV,** : | |
| **Defendant.** : | |

**DEFENDANT JAMES MAHON IV'S**
**THIRD MOTION TO CONTINUE**

Defendant, James Mahon IV ("Mr. Mahon"), by and through undersigned counsel, hereby respectfully requests that this Honorable Court grant a 60-day continuance of the trial in this matter, which is currently scheduled to begin on May 12, 2025. In support of his motion, Mr. Mahon states as follows:

1. On June 25, 2024, the Government obtained an Indictment in this case.

2. Trial in this matter is set to begin on May 12, 2025 [ECF 57].

3. Undersigned counsel for Mr. Mahon is currently scheduled for trial in three other matters between April and June of 2025, before this Court and the U.S. District Court for the District of Maryland and will require more time to prepare for trial in this matter.

4. Furthermore, due to the large volume of the discovery received in this matter, undersigned counsel for Mr. Mahon will require more time to review the discovery, conduct their own investigation and prepare for trial.

5. A failure to grant a continuance would deny undersigned counsel the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

6.       Failure to grant a continuance would further likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

7.       The additional time requested is a reasonable period of delay, particularly in view of the complex nature of the case—which apparently involves many years and a large number of witnesses. Counsel requires more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.

8.       Counsel for the Government does not oppose the request for a continuance.

For the foregoing reasons, Defendant James Mahon IV respectfully requests that the Court grant his motion and continue the trial for 60 days.

Dated: March 12, 2025                                          Respectfully Submitted,

*/s/ Dennis E. Boyle*
Dennis E. Boyle
Boyle & Jasari
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
dboyle@boylejasari.com
Telephone: (202) 430-1900

*Counsel for Defendant James Mahon IV*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2025, I electronically filed the foregoing with the Court using the CM/ECF system which served a copy on all parties.

*/s/ Dennis E. Boyle*
Dennis E. Boyle
