## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Case No. 3:24-CR-158 |
| **JAMES MAHON IV,** : | |
| **Defendant.** : | |

## CERTIFICATE OF CONCURRENCE

I, Dennis E. Boyle, Esquire, hereby certify, pursuant to Local Rule 7.1, that I sought concurrence from the Government in the Third Motion to Continue filed by Defendant James Mahon IV. The Government concurs in said motion.

Dated: March 12, 2025            */s/ Dennis E. Boyle*
                                 Dennis E. Boyle