# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 3:24-CR-158 |
| : | |
| **JAMES MAHON IV,** : | |
| : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

Upon consideration of Defendant James Mahon IV's Third Motion to Continue, it is **ORDERED**, that the Motion is **GRANTED**.


Date: _____                                   _____
                                                        Julia K. Munley
                                                        United States District Judge
                                                        Middle District of Pennsylvania