IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **3:24CR158** |
| : | |
| **v.** : | **(Judge Munley)** |
| : | |
| **JAMES MAHON, IV,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 19th day of March 2025, upon consideration of the Defendant's concurred motion (Doc. 58) to continue the Pretrial Conference and Trial, it is hereby ORDERED:

**The jury selection and trial** shall be held on **July 7, 2025, beginning with selection of a jury at 9:30AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania

In preparation for trial, the **pretrial conference** will be held on **Friday, June 20, 2025 at 10:00AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania.

Motions in limine and briefs in support thereof, shall be filed fourteen (14) days before the pretrial conference. Briefs in opposition to motions in limine shall be filed seven (7) days before the pretrial conference.  A  brief joint statement

about the case to be read to the jurors during voir dire, proposed voir dire questions, proposed jury instructions, proposed verdict slip (from the government), and a proposed witness list with a short description of the witness' testimony (from the government) are due on 14 days prior to the pretrial conference.

The period of time from the signing of this Order to the scheduled date of the trial shall be excluded under the Speedy Trial Act 18 USC §§ 3161 (h)(7)(A) and (h)(7)(i) &(iv)

BY THE COURT:

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**
