IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 3:24-CR-158 |
| | : |
| **JAMES MAHON IV,** | : |
| | : |
| **Defendant.** | : |

## CERTIFICATE OF CONCURRENCE

I, Dennis E. Boyle, Esquire, hereby certify, pursuant to Local Rule 7.1, that I sought concurrence from the Government in the Fifth Motion to Continue filed by Defendant James Mahon IV. The Government concurs in said motion.

Dated: August 5, 2025                    */s/ Dennis E. Boyle*
                                          Dennis E. Boyle