# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.        : | Case No. 3:24-CR-158 |
| : | |
| **JAMES MAHON IV,** : | |
| : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

Upon consideration of Defendant James Mahon IV's Fifth Motion to Continue, it is **ORDERED**, that the Motion is **GRANTED**.

Date: _____                          _____
                                                Julia K. Munley
                                                United States District Judge
                                                Middle District of Pennsylvania